**SCHEDULE B**

**Parent Corporations**

Defendant Syngenta Crop Protection AG[1] is a wholly owned non-U.S. subsidiary of Syngenta AG, a non-U.S. entity. Syngenta AG is a wholly owned non-U.S. subsidiary of Syngenta Group (NL) B.V., a non-U.S. entity.

No publicly held company or other entity owns 10% or more of Defendant Syngenta Crop Protection AG stock.

---

[1] By submitting this disclosure, Syngenta Crop Protection AG does not concede it is a proper defendant in this action and expressly reserves, and does not waive, all rights and defenses, including with respect to personal jurisdiction.