**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION | MDL No. 3062 |

**NOTICE OF RELATED ACTION**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, plaintiffs Norman H. Graham and Ryan W. Graham ("Graham Plaintiffs") hereby notify the Clerk of the Panel that Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC (collectively, "Syngenta"), and Corteva, Inc. ("Corteva") are named as defendants in a related action presenting common questions of fact as the cases listed on the attached Schedule of Actions: *Graham et al. v. Syngenta Crop Protection AG et al.*, No. 1:23-cv-00069-PLD. The Graham Plaintiffs' complaint was filed on January 16, 2023, and is now pending before the Hon. Magistrate Judge Patricia L. Dodge in the United States District Court for the Western District of Pennsylvania.

Copies of the Graham Plaintiffs' complaint and docket as of January 24, 2023, are attached hereto.

Date: January 24, 2023

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
Michelle E. Conston
The Helmsley Building
230 Park Avenue, 17th Floor
New York, New York 10169
Telephone: (212) 223-6444
jguglielmo@scott-scott.com
mconston@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Erin Green Comite
156 S. Main St., P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
ecomite@scott-scott.com

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
Alfred G. Yates, Jr.
Gerald L. Rutledge
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
yateslaw@aol.com

*Counsel for Plaintiffs Norman H. Graham
and Ryan W. Graham*