BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: CROP PROTECTION PRODUCTS
LOYALTY PROGRAM                                         MDL No. 3062
ANTITRUST LITIGATION

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Justin W. Jenkins | Corteva, Inc.; Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; CHS, Inc.; Nutrien AG Solutions, Inc.; John Doe Defendant Wholesalers 1-5; and John Doe Defendant Retailers 6-10 | S.D. of Indiana | 1:22-cv-01976 | Richard L. Young |
| 2. | Bradley Day Farms | Syngenta Crop Protection AG; Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE; BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC; and Doe Co-Conspirator Distributors and Retailers 1-200 | S.D. of Indiana | 1:22-cv-02223 | Jane E. Magnus-Stinson |
| 3. | Chuck Day Farms Partnership | Syngenta Crop Protection AG; Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE; BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC; and Doe Co-Conspirator Distributors and Retailers 1-200 | S.D. of Indiana | 1:22-cv-02222 | Jane E. Magnus-Stinson |
| 4. | Danny Day, Jr. Farms, and Danny Day, Jr. & Son Farm Partnership | Syngenta Crop Protection AG; Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE; BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC | S.D. of Indiana | 1:22-cv-02225 | Jane E. Magnus-Stinson |
| 5. | Shelby Farms, LLC, Hanna Farms, LLC, Choctaw Farms, LLC, and G&P Farms Partnership | Syngenta Crop Protection AG; Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE; BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC; and Doe Co-Conspirator Distributors and Retailers 1-200 | S.D. of Indiana | 1:22-cv-02226 | James P. Hanlon |
| 6. | M and M Farms Partnership and Brick Farms, Inc. | Syngenta Crop Protection AG; Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE; BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC; and Doe Co-Conspirator Distributors and Retailers 1-200 | S.D. of Indiana | 1:22-cv-02227 | Jane E. Magnus-Stinson |

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 7. | Scott Day Farms | Syngenta Crop Protection AG; Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE; BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC; and Doe Co-Conspirator Distributors and Retailers 1-200 | S.D. of Indiana | 1:22-cv-02230 | Jane E. Magnus-Stinson |
| 8. | HYS Farms, LLC | Syngenta Crop Protection AG; Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE; BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC; and Doe Co-Conspirator Distributors and Retailers 1-200 | S.D. of Indiana | 1:22-cv-02229 | Jane E. Magnus-Stinson |
| 9. | Leslie Turner | Corteva, Inc.; Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; CHS Inc.; Nutrien AG Solutions, Inc.; Doe Defendant Wholesalers; Doe Defendant Retailers | S.D. of Indiana | 1:22-cv-02411 | Richard L. Young |
| 10. | Jefferson Milam | Corteva, Inc.; Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; Nutrien AG Solutions, Inc. | S.D. of Indiana | 1:22-cv-02410 | Richard L. Young |
| 11. | KM Farms, Inc.; Blake Turner; John W. Jenkins; Otho Turner; and Rhett Turner | Corteva, Inc.; Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; CHS Inc.; Nutrien AG Solutions, Inc.; Doe Defendant Wholesalers 1-5; Doe Defendant Retailers 6-10 | S.D. of Indiana | 1:22-cv-02420 | Richard L. Young |
| 12. | Walter Psencik; and Travis Psencik | Corteva, Inc.; Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; CHS Inc.; Nutrien AG Solutions, Inc.; Doe Defendant Wholesalers 1-5; Doe Defendant Retailers 6-10 | S.D. of Indiana | 1:22-cv-02423 | Jane E. Magnus-Stinson |
| 13. | Charles Anderson | Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; and Corteva, Inc. | M.D. of North Carolina | 1:22-cv-00858 | Thomas D. Schroeder |
| 14. | Frederick C. Croscut | Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; and Corteva, Inc. | M.D. of North Carolina | 1:22-cv-00899 | Thomas D. Schroeder |
| 15. | R & D Adams Dairy Farm, LLC | Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; and Corteva, Inc. | M.D. of North Carolina | 1:22-cv-01050 | Thomas D. Schroeder |
| 16. | Sayler Farms, LLC | Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; and Corteva, Inc. | M.D. of North Carolina | 1:22-cv-01055 | Thomas D. Schroeder |

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 17. | Richard J. Slovak | Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; and Corteva, Inc. | M.D. of North Carolina | 1:22-cv-01059 | Thomas D. Schroeder |
| 18. | Donald F. Deline (d/b/a Deline Farms North, Deline Farms South, and Deline, Farms Partnership) | Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; and Corteva, Inc. | M.D. of North Carolina | 1:22-cv-01056 | Thomas D. Schroeder |
| 19. | Goodman Planting Company, LLC; Coghlan & Sons, GP | Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; and Corteva, Inc. | S.D. of Mississippi | 3:22-cv-00735 | Daniel P. Jordan, III |
| 20. | Bohrer Farms, Inc. | Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; and Corteva, Inc.; BASF SE; BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; and Helena Agri-Enterprises LLC | S.D. of Indiana | 1:22-cv-02447 | Richard L. Young |

Date:  January 24, 2023

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
Michelle E. Conston
The Helmsley Building
230 Park Avenue, 17th Floor
New York, New York 10169
Telephone: (212) 223-6444
jguglielmo@scott-scott.com
mconston@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Erin Green Comite
156 S. Main St., P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
ecomite@scott-scott.com

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
Alfred G. Yates, Jr.
Gerald L. Rutledge
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
yateslaw@aol.com

*Counsel for Plaintiffs Norman H. Graham*
*and Ryan W. Graham*