BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

**IN RE:** Crop Protection Products Loyalty Program Antitrust Litigation

MDL No. 3062

SCHEDULE OF RELATED ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Dale Grapperhaus | Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; Corteva, Inc. | S.D. Illinois | 3:23-cv-00328 | Judge Stephen P. McGlynn |
| 2. | Dale R. Teske | Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; Corteva, Inc. | M.D. North Carolina | 1:23-cv-00090 | Chief Judge Thomas D. Schroeder |
| 3. | Sheller Farms, LLC | Syngenta Crop Protection AG; Syngenta Corp.; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE; BASF Corp.; BASF Agricultural Products Group; Nutrien Ag Solutions, Inc.; Helena Agri-Enterprises, LLC, Doe Co-Conspirator Distributors and Retailers 1-100 | S.D. Indiana | 1:23-cv-00202 | Judge Richard L. Young |